**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **CERTUSBANK NA, *as successor by assignment to Atlantic Southern Bank,*** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **CIVIL ACTION NO. 5:14-CV-12 (MTT)** |
| **RCR DAVIS NORTH, LLC, *et al.,*** ) ) ) | |
| **Defendants.** ) ) | |

## ORDER

Before the Court is the Plaintiff's consolidated motion for service by publication and for an extension of time to effectuate service by publication.  (Doc. 23).  The Court will order service as the Plaintiff has requested once the Plaintiff demonstrates, "either by affidavit or by a verified complaint on file, that a claim exists against the defendant … and that he or she is a necessary or proper party to the action."  O.C.G.A. § 9-11-4(f)(1)(A).

**SO ORDERED**, this the 5th day of December, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT